UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re )
)
Haring Rickey Carl )
Haring Heather June )   Case No.
)
)
_____Debtor(s).___)

FILED
OCT 17 2005
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## VERIFICATION OF MASTER ADDRESS LIST  05-40694-C7

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case (*please check and complete one*):

[ ]   on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[X]   typed in scannable format on paper, consisting of __2__ pages and listing a total of __11__ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ]   electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of _____ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:

_____        _____
Debtor's Signature                                           Joint Debtor's (if any) Signature

EDC 2-100   (Rev. 9/2004)

6

Aladdin
C/O Two Jinn Incorporated
File # LG25-245748
P.O. Box 1638
CARLSBAD CA 92018-1638


Allstate Insurance
C/O Credit Collection Services
File # 01000065149
Two Wells Ave.
NEWTON MA 02459


Beneficial
C/O Dunstone Financial
Acct. # 21184400116803
13845 U.S. Hwy. 19 N
CLEARWATER FL 33764


Capitol One
C/C Northland Group Inc.
Acct. # F9573945
P.O. Box 390846
EDINA MN 55439


Cross Country Bank
C/O First National Collection Bureau
Acct. # 0004940574
3631 Warren Wy.
RENO NV 89509C


Discover Bank
C/O Eskanos & Adler
Acct. # 6011000250264896
2325 Clayton Road
CONCORD CA 94520

F H K  Investment Co.
C/O Stephen Kirkpatrick
559 S. Palm Canyon Dr. Suite B-212
PALM SPRINGS CA 92264


Gold Country Telephone Directory
C/O Globel Creditors Network
# 0700450-0
1701 N. Main St. Suite 201
SANTA ANA CA 92706


Internal Revenue Service
C/O Michael Flath
#75-3034994
4330 Watt Ave.
NORTHHIGHLANDS CS 95660


Sherman ACQ
C/O Financial Recovery Services
# 5260364293205989
P.O. Box 385908
MINNEAPOLIS MN 55438-5908


Sierra Pacific Power
C/O Credit Bureau Central
# 1614183
2365 Red Rock St. Suite 200
LAS VEGAS NV 89146