```
                                              ┌─────────────┐
                                              │   FILED     │
                                              │             │
                                              │  01/27/06   │
                                              │             │
                                              └─────────────┘
                                          UNITED STATES BANKRUPTCY COURT
                                          EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re                              )
  Rickey Carl Haring               )    Case No. 05-40694-C-7
  Heather June Haring              )
                                   )
                                   )
                                   )
                Debtor(s)          )
_____)

**ORDER CLOSING CASE WHERE CASE HAS BEEN DISMISSED**

WHEREAS, an order has heretofore been entered dismissing case,

**IT IS ORDERED** that the above-entitled case be and the same is hereby closed.


Dated: 01/27/06                    FOR THE COURT

                                   RICHARD G. HELTZEL, CLERK
                                   U.S. BANKRUPTCY COURT

                                   By: _Sabine Becver_____
                                          Deputy Clerk


EDC 6-632 (Rev. 11/7/00)

